USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| J.B. and U.B. individually and on behalf of D.B., |
| Plaintiffs, |
| -against- |
| New York City Department of Education, |
| Defendant. |

1:25-cv-07218-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court has been advised by the parties that they have reached a settlement in principle. [ECF No. 11].    Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by January 23, 2026.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

**Date:  December 23, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**